AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STEIN, SIDNEY H. | U.S. Federal District Court | 08/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Practising Law Institute, a not for profit organization for continuing legal education |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | West Services, Inc. - Royalty | $6,140.26 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York State Bar Association Annual Spring Meeting | 5/21/11 - 5/22/11 | Newport, RI | Annual Spring Federal Litigation Section meeting | Transportation, Lodging and Food |
| 2. | International Judicial Academy | 8/25/11 - 9/22/11 | Conception, Chile and Buenas Aires, Argentina | Workshop with Chilean and Argentine judges | Transportation, Lodging and Food |
| 3. | National Committee on US-China Relations | 9/4/11 - 9/16/11 | Glen Cove, NY | Rule of Law Conference | Lodging and Food |
| 4. | US State Dept. and NYU Law School | 12/14/11 - 12/19/11 | Zhuhai, China | Rule of Law Conference | Transportation, Lodging and Food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | A | Interest | L | T | | | | | |
| 3. BNY Mellon Natl Muni Market Fund | | | | | Buy | 04/01/11 | P1 | | |
| 4. BNY Mellon Natl Muni Market Fund | B | Interest | M | T | Sold (part) | 06/1/11 | O | | |
| 5. (now Dreyfus Tax Free NY Muni Money Fund) | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. COMMON STOCKS | | | | | | | | | |
| 8. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 9. GRANT AVENUE CORP. | | None | P1 | W | | | | | |
| 10. JANUS CORE EQUITY FUND (IRA) | G | Dividend | P1 | T | | | | | |
| 11. | | | | | | | | | |
| 12. TAX EXEMPT BONDS | | | | | | | | | |
| 13. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 14. NEW YORK ST MTG AGY REV HOMETOWN MTG -29-a-RMKT | C | Interest | M | T | | | | | |
| 15. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 16. NY State Power Auth Rev & Gen Purp Ser Detm | A | Interest | K | T | | | | | |
| 17. NYS STATE POWER AUTH SER G 1/1/10 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | STEIN, SIDNEY H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK ST HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |
| 19. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 20. MTA N.Y. 5%, 7/1/11 | C | Interest | | | Sold | 04/08/11 | M | A | |
| 21. N.Y.C. 5% DUE 2/1/24 | C | Interest | | | Sold | 11/02/11 | L | C | |
| 22. N.Y.S. THRWY AUTH 5.3%, 4/1/15 | D | Interest | M | T | | | | | |
| 23. LONG ISLAND PWR 5%, 8/1/17 | C | Interest | M | T | | | | | |
| 24. ARDSLEY NY 4.25%, 6/1/18 | C | Interest | M | T | | | | | |
| 25. Tobacco Settlement Fing Corp. 5%, 6/1/12 | A | Interest | | | Sold | 07/18/11 | K | A | |
| 26. ERIE CTY NY 5.75%, 5/1/25 | C | Interest | L | T | | | | | |
| 27. NASSAU CTY NY 5%, 7/1/22 | C | Interest | M | T | | | | | |
| 28. NYS DORM 5%, 7/1/21 | C | Interest | L | T | | | | | |
| 29. TRIBOROUGH BRDG & TUNL 5%, 11/15/23 | C | Interest | L | T | | | | | |
| 30. MINNEAPOLIS MINN. 6.375%, DTD 11/12/08 | A | Interest | J | T | | | | | |
| 31. NYS DORM AUTH 5%, dtd 3/15/24 | C | Interest | M | T | | | | | |
| 32. NYS DORM 5/25%, 5/15/15 | D | Interest | M | T | | | | | |
| 33. NASSAU CTY N.Y. 5%, 11/15/15 | C | Interest | M | T | | | | | |
| 34. CALIFORNIA STATE 5.5%, 4/1/19 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITIZENS PPTY INS. CORP. 5.5%, 6/1/16 | C | Interest | L | T | | | | | |
| 36. MTA 5.5%, 11/15/17 | C | Interest | L | T | | | | | |
| 37. NYS DORM 5%, 2/15/18 | C | Interest | M | T | | | | | |
| 38. ALLEGHENY CITY, PA. 5%, 8/15/19 | C | Interest | L | T | | | | | |
| 39. NORTH PENN, PA 5%, 9/1/16 | C | Interest | M | T | | | | | |
| 40. NYC, NY 5.25%, 9/1/21 | D | Interest | M | T | | | | | |
| 41. NYS DORM 5%, 7/1/18 | A | Interest | K | T | | | | | |
| 42. CALIFORNIA ST. 5%, 7/17/17 | A | Interest | | | Sold | 06/28/11 | K | C | |
| 43. ARIZONA ST. - 5%, 7/1/20 | D | Interest | | | Sold | 12/15/11 | M | D | |
| 44. CALIFORNIA ST. 5%, 11/1/17 | D | Interest | L | T | | | | | |
| 45. MICHIGAN FIN. 3%, 12/1/14 | B | Interest | L | T | | | | | |
| 46. NYC 2.1%, 4/1/36 | B | Interest | L | T | | | | | |
| 47. NYC, NY 5%, 6/15/25 | C | Interest | M | T | Buy | 02/22/11 | M | | |
| 48. TEX. ST. 5%, 4/1/23 | B | Interest | M | T | Buy | 04/08/11 | M | | |
| 49. NYS 3%, 7/1/16 | B | Interest | M | T | Buy | 05/10/11 | M | | |
| 50. PA ST. 5%, 7/1/20 | A | Interest | M | T | Buy | 05/19/11 | M | | |
| 51. NYS 5.5%, 4/1/19 | B | Interest | M | T | Buy | 05/24/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MTA 5%, 11/15/22 | C | Interest | M | T | Buy | 05/24/11 | M | | |
| 53. ATLANTA, GA 4%, 1/1/17 | A | Interest | M | T | Buy | 05/28/11 | M | | |
| 54. NYC, NY 5%, 7/1/23 | B | Interest | M | T | Buy | 05/28/11 | M | | |
| 55. NYC, NY 5%, 11/1/24 | B | Interest | M | T | Buy | 06/01/11 | M | | |
| 56. NYC, NY 5%, 10/1/17 | B | Interest | M | T | Buy | 06/14/11 | M | | |
| 57. NYS THWY 5%, 4/1/26 | B | Interest | M | T | Buy | 06/14/11 | M | | |
| 58. ERIE CTY NY 5%, 5/1/17 | B | Interest | M | T | Buy | 06/15/11 | M | | |
| 59. NYS 5%, 6/15/26 | B | Interest | M | T | Buy | 06/15/11 | M | | |
| 60. SWARTHMORE 5%, 9/15/18 | B | Interest | M | T | Buy | 06/28/11 | M | | |
| 61. NYC 5%, 7/1/17 | | None | L | T | Buy | 08/20/11 | L | | |
| 62. NYC 5%, 7/15/23 | | None | M | T | Buy | 12/15/11 | M | | |
| 63. | | | | | | | | | |
| 64. MUTUAL FUNDS | | | | | | | | | |
| 65. BRANDYWINE FUND INC. | | None | O | T | | | | | |
| 66. VANGUARD 500 INDEX FUND | | | | | Sold (part) | 01/10/11 | L | | |
| 67. VANGUARD 500 INDEX FUND | | | | | Buy | 04/01/11 | J | | |
| 68. VANGUARD 500 INDEX FUND | | | | | Buy | 06/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD 500 INDEX FUND | | | | | Buy | 09/23/11 | J | | |
| 70. VANGUARD 500 INDEX FUND | | | | | Buy | 12/23/11 | J | | |
| 71. VANGUARD 500 INDEX FUND | E | Dividend | P1 | T | Sold (part) | 12/28/11 | J | | |
| 72. DAVIS NY VENTURE FUND INC. CL. A | D | Dividend | P1 | T | | | | | |
| 73. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 01/13/11 | J | | |
| 74. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 02/28/11 | J | | |
| 75. BNY MELLON NY TAX EXEMPT FUND | | | | | Sold (part) | 03/14/11 | O | D | |
| 76. BNY MELLON NY TAX EXEMPT FUND | E | Dividend | | | Sold | 03/30/11 | P1 | D | |
| 77. IRONBRIDGE FRONTENEGRA FUND | | | | | Buy | 03/15/11 | M | | |
| 78. IRONBRIDGE FRONTENEGRA FUND | E | Dividend | P1 | T | Buy | 12/19/11 | K | | |
| 79. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 03/25/11 | J | | |
| 80. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 06/24/11 | J | | |
| 81. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 09/23/11 | J | | |
| 82. VANGUARD VALUE INDEX SIGNAL FUND | D | Dividend | N | T | Buy | 12/23/11 | J | | |
| 83. DODGE & COX INT'L STOCK FUND | | | | | Buy | 03/15/11 | L | | |
| 84. DODGE & COX INT'L STOCK FUND | | | | | Buy | 04/04/11 | N | | |
| 85. DODGE & COX INT'L STOCK FUND | E | Dividend | P1 | T | Buy | 12/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  PIMCO FUNDS TOT RTN II INS.* | | | | | | | | | |
| 87.  * See Part VIII for explanation of line 86 | | | | | | | | | |
| 88. | | | | | | | | | |
| 89.  MISCELLANEOUS | | | | | | | | | |
| 90.  CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 91.  FINE ARTS HELD AS TENANT-IN-COMMON | | None | P1 | W | | | | | |
| 92.  ARBOR PPTY TRUST | | None | K | T | | | | | |
| 93.  SERVICEMASTER LP | | None | M | T | | | | | |
| 94. | | | | | | | | | |
| 95.  NOTE: JUDGE STEIN HAS ELECTED NOT TO | | | | | | | | | |
| 96.  LIST INFORMATION | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H. | 08/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

   *  This asset is held by a person whose separately held assets no longer need be included in Judge Stein's Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SIDNEY H. STEIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544